### Jack BUTLER, Jr.,[1] Petitioner Below, Appellant,

v.

### Jessica Lynn EVANS, Respondent Below, Appellee.

#### No. 446, 2015

Supreme Court of Delaware.

Submitted: January 8, 2016

Decided: April 6, 2016

Court Below—Family Court of the State of Delaware, File No. CN14-04998, Pet. Nos. 15-08106; 15-08907

AFFIRMED.

■

### William O. BARKSDALE, Defendant Below, Appellant,

v.

### STATE of Delaware, Plaintiff Below, Appellee.

#### No. 583, 2015

Supreme Court of Delaware.

Submitted: February 24, 2016

Decided: April 6, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1403019776

AFFIRMED.

■

### Charles MAY, Defendant–Below, Appellant,

v.

### STATE of Delaware, Plaintiff–Below, Appellee.

#### No. 574, 2015

Supreme Court of Delaware.

Submitted: April 1, 2016

Decided: April 6, 2016

Corrected: April 7, 2016

Remanded.